U.S. Department of Justice

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

September 25, 2020

MR. PATRICK GLENN EDDINGTON
CATO INSTITUTE
5106 SOUTHHAMPTON DRIVE
ANNANDALE, VA 22003

Dear Mr. Eddington:

    This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI. Below you will find check boxes and informational paragraphs about your request, as well as specific determinations per statute. The FOIPA requests numbers below have been assigned.

| FOIA Number | Subject |
|---|---|
| 1476008-000 | Swords to Plowshares |
| 1476009-000 | LA IndyMedia |
| 1476010-000 | Roundhouse Collective |
| 1476011-000 | Media Coalition Foundation |
| 1476013-000 | The Lincoln Project |
| 1476015-000 | Disabled American Veterans |
| 1476016-000 | Zeese, Kevin |
| 1476017-000 | Browne, Harry |
| 1476018-000 | Reporters Without Borders |
| 1476177-000 | Migrant Center for Human Rights |
| 1476183-000 | Association of Military Surgeons of the United States |
| 1476184-000 | Indivisible Sonoma County |
| 1476185-000 | National Coalition Against Censorship |
| 1476186-000 | American Oversight |
| 1476187-000 | MPower Change |
| 1476497-000 | Mill Valley Community Action Network |
| 1476499-000 | Color of Change |
| 1476500-000 | Center for Democracy and Technology |
| 1476501-000 | Immigrant Legal Resource Center |
| 1476502-000 | Champaign-Urbana IndyMedia Center |
| 1476503-000 | Carnegie Corporation |
| 1476504-000 | Gold Star Mothers |
| 1476505-000 | Blue Star Mothers |
| 1476506-000 | Feminists for Liberty |
| 1476507-000 | Poligon |

Exhibit B

| | |
|---|---|
| 1476508-000 | Pueblo Sin Fronteras |
| 1476509-000 | Bloomberg Philanthropies |
| 1476512-000 | Patriot Prayer |
| 1476513-000 | DCIndymedia.org |
| 1476515-000 | American Immigration Council |
| 1476516-000 | Mayfield Case Training Materials |
| 1476551-000 | Institute for Free Speech |
| 1476553-000 | Navy League of the United States |
| 1476554-000 | Mental Health America |
| 1476555-000 | Center for Immigration Studies |
| 1476556-000 | Catholic War Veterans |
| 1476557-000 | Forsberg, Randall |
| 1476558-000 | Bazelon Center for Mental Health Law |
| 1476559-000 | Anxiety & Depression Association of America |
| 1476560-000 | City Club of New York |
| 1476915-000 | World Privacy Forum |
| 1476917-000 | PEN America |
| 1476916-000 | Consumer Reports |
| 1476918-000 | Anarchist People of Color Bloc |
| 1476919-000 | Brennan Center for Justice at NYU School of Law |
| 1476920-000 | American Foundation for Suicide Prevention |
| 1476922-000 | National Alliance on Mental Illness |
| 1476923-000 | Emptywheel.net |
| **1476924-000** | **DIOG Requirements Substantial Non-Compliance Reports** |
| 1476925-000 | Cohen, Stephen |
| 1476926-000 | Catholic Community Services |
| 1476927-000 | Lutheran Family Services |
| 1476928-000 | African Community Center |
| 1476929-000 | MuslimARC |
| 1476930-000 | International Women's Media Foundation |
| 1476931-000 | SEN Torricelli Leak Investigation |

☑ You submitted your request via the FBI's eFOIPA system. We have reviewed your request and determined it is consistent with the FBI eFOIPA terms of service. Future correspondence about your FOIPA request will be provided in an email link unless the record's file type is not supported by the eFOIPA system.

☑ Fee waivers are determined on a case by case basis. See 5 U.S.C. § 552 (a)(4)(A)(iii) and 28 C.F.R. § 16.10(k). Your request for a fee waiver was reviewed, and it was denied for of the following reasons.

- ☑ You failed to demonstrate the requirement that the requested information is in the public interest because it is likely to contribute significantly to public understanding of the operations and activities of the government.

- ☐ Disclosure of the information is primarily in the commercial interest of the requester.

☑ For the purpose of assessing any fees, we have determined:

- ☐ As a commercial use requester, you will be charged applicable search, review, and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

- ☑ As an educational institution, noncommercial scientific institution or representative of the news media requester, you will be charged applicable duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

- ☐ As a general (all others) requester, you will be charged applicable search and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).

☑ Under Department of Justice (DOJ) standards for expedited processing, it can only be granted in the following situations:

28 C.F.R. §16.5 (e)(1)(i): "Circumstances in which the lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual."

28 C.F.R. §16.5 (e)(1)(ii): "An urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information."

28 C.F.R. §16.5 (e)(1)(iii): "The loss of substantial due process of rights."

28 C.F.R. §16.5 (e)(1)(iv): "A matter of widespread and exceptional media interest in which there exists possible questions about the government's integrity which affects public confidence."

You have not demonstrated the statutory requirements permitting expedition; therefore, your request was denied.

☑ Please be advised that we have determined "unusual circumstances" apply to the processing of your request. See 5 U.S.C. § 552 (a)(6)(B) "Unusual circumstances" include the following scenarios:

There is a need to search for and collect records from field offices and/or other offices that are separate from the FBI Record/Information Dissemination Section (RIDS).

There is a need to search for, collect, and examine a voluminous amount of separate and distinct records.

There is a need for consultation with another agency or two or more DOJ components.

"Exceptional circumstances" also apply to this the sheer volume, unbounded scope, and size of these requests which may trigger an unpredictable workload for the FBI which cannot reasonably plan for a single requester to consume such a vast quantity of its finite FOIA resources. See 5 U.S.C. § 552 (a)(6)(C)(i).

Per 5 U.S.C. § 552 (a)(6)(C)(iii), as pertinent to "exceptional circumstances," the FBI is providing you an opportunity to reasonably modify the scope of these requests. You have 30 days from the date of this letter to provide any reasonable modification

These "unusual" and "exceptional" circumstances will delay our ability to make a determination on your requests with multiple subparts. Additionally, the payment of pertinent fees may apply to your request.

Please check the status of your FOIPA request at www.fbi.gov/foia by clicking on **FOIPA Status** and entering your FOIPA Request Number. Status updates are adjusted weekly. The status of newly assigned requests may not be available until the next weekly update. If the FOIPA has been closed the notice will indicate that appropriate correspondence has been mailed to the address on file.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request.

If you are not satisfied with the Federal Bureau of Investigation's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account on the following website: https://foiastar.doj.gov. Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS). The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

Sincerely,

Michael G. Seidel
Acting Section Chief
Record/Information
  Dissemination Section
Information Management Division