Subject: RE: FOIPA # 1476924-000

From: FBI.FOIPA.NEGOTIATION@FBI.GOV - To: peddington@cato.org - Cc: - Date: July 6, 2021 at 8:02 AM

*CAUTION: External Email*

Good Morning Mr. Eddington,

Thank you for your email confirmation concerning the scope reduction of this request. We will move forward with processing without reducing the scope of this request.

Any future status inquires please go to foipaquestions@fbi.gov

We appreciate your patience.


Sincerely,

Negotiation Team
FBI Information Management Division
Fbi.foipa.negotiation@fbi.gov

Status Checks: https://vault.fbi.gov/fdps-1/@@search-fdps | foipaquestions@fbi.gov
For additional information, please visit the www.fbi.gov/foia website.



**From:** Patrick Eddington <PEddington@cato.org>
**Sent:** Friday, July 2, 2021 8:50 AM
**To:** FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**Subject:** [EXTERNAL EMAIL] - RE: FOIPA # 1476924-000

FBI FOIA Negotiation Team,

Thanks for the clarification. I prefer to let this request stand as is.

Best,

Pat
----------

From: FBI.FOIPA.NEGOTIATION@FBI.GOV <fbi.foipa.negotiation@fbi.gov>
Date: July 1, 2021 at 6:16:15 AM
To: Patrick Eddington <peddington@cato.org>
Subject:  RE: FOIPA # 1476924-000


close

1

Exhibit C

*CAUTION: External Email*

Good Morning Mr. Eddington,

Thank you for the email concerning the scope reduction of this request.

After further review, the potentially responsive pages are within the date range of 2013-2021

Please let us know how you would like to move forward with reducing the scope of your request.

Sincerely,

Negotiation Team
FBI Information Management Division
Fbi.foipa.negotiation@fbi.gov

Status Checks: https://vault.fbi.gov/fdps-1/@@search-fdps | foipaquestions@fbi.gov
For additional information, please visit the www.fbi.gov/foia website.

---

**From:** Patrick Eddington <PEddington@cato.org>
**Sent:** Wednesday, June 30, 2021 9:20 AM
**To:** FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**Subject:** [EXTERNAL EMAIL] - Re: FOIPA # 1476924-000

Good morning FBI FOIA Negotiation Team!

Would rescoping the time frame of the request to January 1, 2009 reduce the page count, and thus change the processing track?

With thanks,

Pat
--------

From: FBI.FOIPA.NEGOTIATION@FBI.GOV <fbi.foipa.negotiation@fbi.gov>
Date: June 30, 2021 at 8:32:50 AM
To: Patrick Eddington <peddington@cato.org>
Subject:  FOIPA # 1476924-000

*CAUTION: External Email*

Good Morning Mr. Eddington,

We're contacting you about the FOIPA request above. The FBI located approximately 1,082 pages potentially responsive to your request. In your request, you agreed to pay up to $25 for processing.

Requests are processed in the order in which they are received through our multi-track processing system:

Small track requests (0- 50 pages) current average time is approximately 5 months to complete;
Medium track requests (51-950 pages) current average time is approximately 31 months to complete;
Large track requests (951-8000 pages) current average time is approximately 66 months to complete; and
Extra-large track requests (over 8000 pages) current average time is approximately 79 months to complete.

The current average time to complete your large track request is at least 66 months.  Reducing the scope of your request may accelerate the processing, allow for a timelier receipt of the information you seek, and reduce the duplication costs, if applicable. Would you be willing to consider reducing the scope of

2

your request to place it in a smaller, potentially faster processing track?

Please let us know if you would like to move forward with reducing the scope of your request. If you do reduce the scope of your request, you can request additional material with a new FOIPA request upon completion of this one.

Sincerely,

Negotiation Team
FBI Information Management Division
Fbi.foipa.negotiation@fbi.gov

Status Checks: https://vault.fbi.gov/fdps-1/@@search-fdps | foipaquestions@fbi.gov
For additional information, please visit the www.fbi.gov/foia website.

3