IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATO INSTITUTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 21-cv-02434 (BAH) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, et al. | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

Defendants, the United States Department of Justice ("DOJ"), and Federal Bureau of Investigation ("FBI") a component of the DOJ, by undersigned counsel, respectfully submit their Answer to the Complaint filed by Plaintiff under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

### FIRST DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiff is not entitled to compel production of responsive records protected from disclosure by one or more exemptions of the Freedom of Information Act ("FOIA").

### RESPONSE TO NUMBERED PARAGRAPHS

In response to the numbered paragraphs of the Complaint, defendant responds as follows:

1. This paragraph consists of Plaintiff's characterization of the present action, to which no response is required.

2. Defendants lack information or knowledge sufficient to form a belief as to the truth of

1

the allegations contained in paragraph 2.

3. Defendants deny that the FBI is a federal agency as defined by the FOIA, 5 U.S.C. § 552(f), but admit that the FBI is a component of the DOJ, which is a federal agency as defined by the FOIA, and admit that the FBI is subject to the FOIA.

4. Defendants admit that the DOJ is a federal agency as defined by the FOIA, 5 U.S.C. § 552(f), and admit that the DOJ is subject to the FOIA.

5. This paragraph sets forth legal conclusions regarding jurisdiction, to which no response is required.

6. Defendants admit that venue is proper in this judicial district in actions brought under FOIA.

7. Defendants admit that the FBI received a request from Plaintiff dated September 14, 2020, and that a copy of the request is attached as Exhibit A to the Complaint. Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents and deny the allegations in this paragraph to the extent inconsistent with the content of that request.

8. Defendants admit that the FBI sent a letter to Plaintiff dated September 25, 2020, and that a copy of that letter is attached as Exhibit B to the Complaint. Defendants respectfully refer the Court to that letter for a complete and accurate statement of its contents and deny the allegations in this paragraph to the extent inconsistent with the content of that letter.

9. Defendants admit that the FBI sent an email to Plaintiff dated June 30, 2021, and that a copy of that email is attached as Exhibit C to the Complaint. Defendants respectfully refer the Court to that email for a complete and accurate statement of its contents and deny the allegations in this paragraph to the extent inconsistent with the content of that email.

10. This paragraph consists of legal conclusions, to which no response is required.

11. Defendants repeat and reallege their responses contained in paragraphs 1 through 10 as set forth herein.

12. This paragraph consists of legal conclusions, to which no response is required.

13. Defendants deny that the FBI is a federal agency as defined by the FOIA, 5 U.S.C. § 552(f), but admit that the FBI is a component of the DOJ, which is a federal agency as defined by the FOIA, and admit that the FBI and DOJ are subject to the FOIA.

14. This paragraph consists of legal conclusions, to which no response is required. To the extent that a response is required, deny.

15. Defendants admit that a final response to the FOIA request was not issued as of the filing date of the Complaint but deny any implication in this paragraph of any violation of FOIA.

16. Defendants repeat and reallege their responses contained in paragraphs 1 through 15 as set forth herein.

17. This paragraph consists of legal conclusions, to which no response is required.

18. Defendants deny that the FBI is a federal agency as defined by the FOIA, 5 U.S.C. § 552(f), but admit that the FBI is a component of the DOJ, which is a federal agency as defined by the FOIA, and admit that the FBI and DOJ are subject to the FOIA.

19. This paragraph consists of legal conclusions, to which no response is required. To the extent that a response is required, deny.

20. Defendants admit that no records have been produced in response to the FOIA request as of the filing date of the Complaint but deny any implication in this paragraph of any violation of FOIA.

The remaining portions of Plaintiff's Complaint contain its request for relief, to which no response is required.  To the extent a response is deemed necessary, Defendants deny that Plaintiff

is entitled to the relief requested.  Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendants assert a general denial as to those allegations contained in the Complaint that are not specifically admitted herein.

>Respectfully submitted,
>
>CHANNING D. PHILLIPS, D.C. BAR #415793
>Acting United States Attorney
>
>BRIAN P. HUDAK
>Acting Chief, Civil Division
>
>By: \_\_\_/s/_____
>JEREMY S. SIMON, D.C. BAR #447956
>Assistant United States Attorney
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 252-2528
>Jeremy.simon@usdoj.gov